IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF )
MARK L. BIBBS )
)
) **ORDER**
DISCIPLINARY ACTION IN THE UNITED ) 1:19MC52
STATES DISTRICT COURT FOR THE )
MIDDLE DISTRICT OF NORTH CAROLINA )

On December 3, 2019, the Court was notified by the North Carolina State Bar, that MARK L. BIBBS was SUSPENDED from the practice of law in North Carolina for 18 months. The period of suspension is stayed for three years as long as Mr. BIBBS complies with the conditions set out in the N.C. State Bar's order dated November 25, 2019.

THEREFORE, IT IS ORDERED pursuant to Local Rule 83.10c(b), that MARK L. BIBBS complete the enclosed Declaration of Admissions to Practice and show cause within twenty-one (21) days as to why he should not be suspended from the practice of law before the United States District Court for the Middle District of North Carolina

When an attorney's privilege to practice in this court has been suspended for more than three months or that attorney has been disbarred, reinstatement to practice before this court requires compliance with the provisions of Local Rule 83.10h and proof of being in good standing with the State Bar at the time of the petition and hearing.

This the 31st day of December, 2019.

/s/ Thomas D. Schroeder
Chief United States District Judge
Middle District of North Carolina