IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTHCAROLINA

IN THE MATTER OF )
MARK L. BIBBS )
)
) **ORDER**
DISCIPLINARY ACTION IN THE UNITED )
STATES DISTRICT COURT FOR THE ) 1:19MC52
MIDDLE DISTRICT OF NORTH CAROLINA )

On December 3, 2019, the Court was notified by the North Carolina State Bar, that MARK L. BIBBS had been suspended from the practice of law in North Carolina for 18 months. Mr. Bibbs failed to return a Declaration of Admissions to Practice or respond to the Order of this Court entered on December 31, 2019, in accordance with the provisions of Local Ruled 83.10c(b).

THEREFORE, IT IS ORDERED that MARK L. BIBBS is SUSPENDED from the practice of law in the United States District Court for the Middle District of North Carolina.

On February 7, 2020, the Court was notified by the North Carolina State Bar, that MARK L. BIBBS was permanently disbarred from the practice of law in North Carolina, effective April 1, 2020.

THEREFORE, IT IS ORDERED pursuant to Local Rule 83.10c(b), that MARK L. BIBBS complete the enclosed Declaration of Admissions to Practice and show cause within twenty-one (21) days as to why he should not be disbarred from the practice of law before the United States District Court for the Middle District of North Carolina

When an attorney's privilege to practice in this court has been suspended for more than three months or that attorney has been disbarred, reinstatement to practice before this court requires compliance with the provisions of Local Rule 83.10h and proof of being in good standing with the State Bar at the time of the petition and hearing.

This the 20th day of February, 2020.

>      /s/      Thomas D. Schroeder
> Chief United States District Judge
> Middle District of North Carolina